An evidentiary hearing was held in this cause in accordance with our instructions. *Page 948 
At the close of the hearing the judge denied appellant's motion to be tried as a youthful offender. The denial was properly based on matters in the record and an investigative report. Appellant appeals the ruling of the court.
On examination of the record, we find no merit to the appeal. The trial judge properly denied appellant's motion. Prince v.State, 392 So.2d 853 (Ala. 1980), cert. denied, 392 So.2d 857
(Ala. 1981); Morgan v. State, 363 So.2d 1013 (Ala.Cr.App. 1978).
The judgment of the circuit court is affirmed.
OPINION EXTENDED; AFFIRMED.
All the Judges concur.